■ THOMAS WATKINS, Appellant, v ALBERT MARTIN, Respondent. [909 NYS2d 910]—In an action, inter alia, for a permanent injunction, the plaintiff appeals from a judgment of the Supreme Court, Orange County (McGuirk, J.), dated June 23, 2009, which, upon a decision of the same court dated October 17, 2008, made after a nonjury trial, is in favor of the defendant and against him in the principal sum of $53,750 on the first counterclaim.

Ordered that the judgment is affirmed, with costs.

On an appeal from a judgment entered after a nonjury trial, this Court "may render the judgment it finds warranted by the facts, taking into account in a close case 'the fact that the trial judge had the advantage of seeing the witnesses' " (*Northern Westchester Professional Park Assoc. v Town of Bedford*, 60 NY2d 492, 499 [1983], quoting *York Mtge. Corp. v Clotar Constr. Corp.*, 254 NY 128, 134 [1930]). Upon our review of the record, we find no basis to disturb the Supreme Court's determination (*see Trump Vil. Section 3 v New York State Hous. Fin. Agency*, 292 AD2d 156, 158 [2002]; *see also Ross v Ross*, 233 App Div 626, 635 [1931], *affd* 262 NY 381 [1933]; *see generally Furia v Furia*, 116 AD2d 694, 695 [1986]).

The defendant's remaining contentions are not properly before us (*see generally Centurion Taxi v Happy Go Lucky Cab Corp.*, 230 AD2d 817, 818 [1996]; *see also Cholowsky v Civiletti*, 69 AD3d 110, 116 [2009]).

The plaintiff's remaining contentions are without merit. Covello, J.P., Leventhal, Belen and Hall, JJ., concur.